IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,

v.                                                     Civil No. 10-1067

ONE 2005 CADILLAC STS,
VIN# 1G6DC67A150140952,

AND

$1,821.00 IN U.S. CURRENCY,
         Defendants.

## **DECREE OF FORFEITURE**

On October 14, 2010, a Verified Complaint of Forfeiture was filed against the defendant vehicle and currency on behalf of the plaintiff, United States of America. The Complaint alleges that the defendant vehicle was used to facilitate a violation of Title II of the Controlled Substances Act 21 U.S.C. §§ 801 *et seq* and is thereby forfeitable pursuant to 21 U.S.C. § 881(a)(4). The complaint also alleges that the defendant currency represents proceeds of trafficking in controlled substances, or was intended to be used to facilitate a violation of Title II of the Controlled Substances Act of Title 21 U.S.C. §§ 801 *et seq* and is thereby forfeitable pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

The United States Marshals Service seized the defendant vehicle and currency.

On November 4, 2010, Cory Williams received personal service. Mr. Williams has failed to file a claim and answer and is therefore in default.

Notice of forfeiture was published on the United States' official website ([www.forfeiture.gov](www.forfeiture.gov)) for 30 consecutive days beginning November 16, 2010, through December 15, 2010. No other claims have been filed.

The defendant vehicle and currency are more particularly described as:

> One 2005 Cadillac STS,
> VIN# 1G6DC67A150140952,
>
> And
>
> $1,821.00 in U.S. Currency

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that the defendant vehicle and currency are hereby forfeited to the United States of America to be disposed of according to law.

IT IS SO ORDERED this 14th day of March, 2011.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE